IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 06-480 |
| LOUIS BARDO MORALES<br>USM# 60666-066 | : |

## ORDER

AND NOW this 26th day of January, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 146 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE HARVEY BARTLE, III
Senior United States District Court Judge

Copies to:
US Marshal (2)